IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTOPHER SCOTT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2088

Opinion filed July 12, 2017.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Christopher Scott, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of habeas corpus is dismissed. See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

ROBERTS, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.